DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

INTO USF, INC., a Florida corporation; and INTO USF, LP,
a Delaware limited liability partnership,

Appellants,

v.

JENNIFER CONDON; KAREN HOLBROOK; NICK TRIVUNOVICH;
RALPH WILCOX; USF FINANCING CORPORATION, a Florida
not-for-profit corporation; THE BOARD OF TRUSTEES OF THE
UNIVERSITY OF SOUTH FLORIDA; INTO SOUTH FLORIDA, LLC,
a Delaware limited liability company; and INTO UNIVERSITY
PARTNERSHIPS LIMITED, a foreign corporation,

Appellees.

No. 2D2023-1715

_____

August 21, 2024

Appeal from the Circuit Court for Hillsborough County; Darren D.
Farfante, Judge.

Paul D. Watson and Daniel K. Taylor of Sivyer Barlow Watson &
Haughey, P.A., Tampa, for Appellant INTO USF, Inc.

Bryan D. Hull and J. Carter Anderson of Bush Ross, P.A., Tampa; and
Shawn J. Rabin, Zach Savage and Abbey McNaughton of Susman
Godfrey L.L.P., New York, NY, for Appellant INTO USF, LP.

Hala Sandridge of Buchanan Ingersoll & Rooney PC, Tampa, for
Appellees Jennifer Condon, Karen Holbrook, Nick Trivunovich, and
Ralph Wilcox.

No appearance for remaining Appellees.

PER CURIAM.

Affirmed.

SLEET, C.J., and KELLY and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.